UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIAM BOSTON, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,

        Defendants.

07 Civ. 8808 (RWS) ECF Case

ELECTRONICALLY FILED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Defendant E*TRADE Financial Corporation ("E*Trade") certifies that there exist no parent companies, subsidiaries, or affiliates of E*Trade that have outstanding securities in the hands of the public except for a single affiliate company, IL&FS Investsmart Limited (India).

Dated:  New York, New York
          November 13, 2007

                                      DAVIS POLK & WARDWELL

                                      By: _/s/ Nancy B. Ludmerer_
                                            Dennis E. Glazer
                                            Nancy B. Ludmerer
                                            Edward N. Moss

                                            450 Lexington Avenue
                                            New York, New York 10017
                                            (212) 450-4278
                                            Counsel for _Defendant E*TRADE Financial Corporation_