UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>　　Defendants. | Civil Action No. 07-cv-8538 (RWS)<br><br><br><br>CLASS ACTION |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>　　Defendants. | Civil Action No. 07-cv-8808 (RWS) |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>　　Defendants. | Civil Action No. 07-cv-9651 (RWS) |

| | |
|---|---|
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10400 (UA) |
| JOSHUA FERENC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10540 (SHS) |

### NOTICE OF MOTION OF THE KRISTEN-STRAXTON GROUP FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF THE SELECTION OF LEAD COUNSEL

TO:    All PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Kristen Management Limited, Straxton Properties Inc. and Javed Fiyaz (collectively the "Kristen-Straxton Group") hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007, for an Order: (1) consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42; (ii) appointing the Kristen-Straxton Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a) *et seq.*; and (iii) approving the Kristen-Straxton Group's selection of Brower

Piven, A Professional Corporation, as Lead Counsel. In support of this Motion, the Kristen-Straxton Group submits herewith a Memorandum of Law, the Declaration of Elizabeth A. Schmid, Esq., and a [Proposed] Order.

Dated: December 3, 2007
      New York, New York

                                   Respectfully submitted,

                                   **BROWER PIVEN**
                                   A Professional Corporation

                                By: /s/ *David A.P. Brower*

                                   David A.P. Brower (DB-4923)
                                   Elizabeth A. Schmid (ES-1294)
                                   488 Madison Avenue
                                   Eighth Floor
                                   New York, New York 10022
                                   Telephone: (212) 501-9000
                                   Facsimile: (212) 501-0300

                                   **BROWER PIVEN**
                                   A Professional Corporation
                                   Charles J. Piven
                                   Marshall N. Perkins
                                   World Trade Center-Baltimore
                                   401 East Pratt Street, Suite 2525
                                   Baltimore, Maryland 21202
                                   Telephone: (410) 332-0030
                                   Facsimile: (410) 685-1300

                                   *Proposed Lead Counsel For*
                                   *the Kristen-Straxton Group*
                                   *and the Class*