**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>   Defendants. | Civil Action No. 07-cv-8538 (RWS)<br><br><br><br><br>CLASS ACTION |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>   Defendants. | Civil Action No. 07-cv-8808 (RWS) |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>   Defendants. | Civil Action No. 07-cv-9651 (RWS) |

| | |
|---|---|
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>Defendants. | Civil Action No. 07-cv-10400 (UA) |
| JOSHUA FERENC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>Defendants. | Civil Action No. 07-cv-10540 (SHS) |

## DECLARATION OF ELIZABETH A. SCHMID ESQ. IN SUPPORT OF THE MOTION OF THE KRISTEN-STRAXTON GROUP FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF THE SELECTION OF LEAD COUNSEL

I, Elizabeth A. Schmid, Esq., hereby declare, under penalty of perjury, as follows:

1. I am an attorney at the law firm of Brower Piven, A Professional Corporation ("Brower Piven"). I submit this Declaration in support of the Motion Of The Kristen-Straxton Group For Consolidation Of All Related Cases, Appointment Of Lead Plaintiff And Approval Of The Selection Of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint in *Larry Freudenberg v. E*TRADE Financial Corporation, et al.*, No. 07-cv-8538 (S.D.N.Y.) (the "*Freudenberg* Action").

3.      Attached hereto as Exhibit B is a true and correct copy of a Consolidated Schedule Of Transactions And Losses of the members of the Kristen-Straxton Group in E*Trade Financial Corporation securities during the alleged Class Period.

4.      Attached hereto as Exhibit C is a true and correct copy of the notice published through *Business Wire* on October 2, 2007 disseminated by counsel in the first filed action herein, the *Freudenberg* Action.

5.      Attached hereto as Exhibit D is a true and correct copy of the Plaintiff's Certification executed by Kristen Management Limited.

6.      Attached hereto as Exhibit E is a true and correct copy of the Plaintiff's Certification executed by Straxton Properties Inc.

7.      Attached hereto as Exhibit F is a true and correct copy of the Plaintiff's Certification executed by Javed Fiyaz.

8.      Attached hereto as Exhibit G is a true and correct copy of the sworn declaration executed by Vincent de Cannière as sole director of Kristen Management Limited and Straxton Properties Inc.

9.      Attached hereto as Exhibit H is a true and correct copy of the sworn declaration executed by Javed Fiyaz.

10.     Attached hereto as Exhibit I is a true and correct copy of the firm resume of Brower Piven.

Executed: December 3, 2007
        New York, New York

                                                            /s/ *Elizabeth A. Schmid*
                                                            Elizabeth A. Schmid

2