UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>　　　　　Defendants. | Case No.: 07-cv-8538 (RWS)<br><br>ECF CASE |
| WILLIAM BOSTON, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>　　　　　Defendants. | Case No. 07-cv-8808 (RWS)<br><br>[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 1/2/08 stamp] |
| ROBERT D. THULMAN, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>　　　　　Defendants. | Case No. 07-cv-9651 (RWS) |

## STIPULATION AND [PROPOSED] ORDER

i

**WHEREAS**, on October, 2, 2007, plaintiff in the action captioned *Freudenberg v. E*TRADE Financial Corporation*, Case No.: 07-cv-8538 (S.D.N.Y.) (the "Freudenberg Action"), filed with this Court a class action complaint on behalf of a class of purchasers of the securities of E*TRADE Financial Corporation alleging violations of the Securities Exchange Act of 1934 ("Exchange Act");

**WHEREAS**, pursuant to Section 21D (a)(3)(A) of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), plaintiff in the Freudenberg Action caused a notice to be published on October 2, 2007 on Business Wire that informed class members of their right to move to be appointed lead plaintiff on or before December 3, 2007;

**WHEREAS**, on December 3, 2007, State Teachers Retirement System of Ohio, pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of all related actions, appointment as lead plaintiff and approval of its selection of lead counsel;

**WHEREAS**, on December 3, 2007, Kristen Management Limited; Straxton Properties Inc. and Javed Fiyaz, pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of all related actions, appointment as lead plaintiff and approval of their selection of lead counsel;

**WHEREAS**, on December 3, 2007, Mississippi Public Employees' Retirement System, AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag and Kollektivavtalsstiftelsen TSL, pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of all related actions, appointment as lead plaintiff and approval of their selection of lead counsel;

**WHEREAS**, on December 3, 2007, Skandia Life Insurance Company Ltd., pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of all related actions, appointment as lead plaintiff and approval of its selection of lead counsel;

1

**WHEREAS**, on December 3, 2007, First Derivative Traders LP and Robert and Jessica Grant, pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of all related actions, appointment as lead plaintiff and approval of their selection of lead counsel;

**WHEREAS**, on December 3, 2007, Ira Newman pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of all related actions, appointment as lead plaintiff and approval of his selection of lead counsel;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys as follows:

1. All papers in opposition to any movant's motion to be appointed lead plaintiff will be filed and served on or before December 20, 2007;

2. All reply papers on the lead plaintiff motions will be filed and served on or before January 7, 2008.

3. A hearing on the lead plaintiff motions and such other matters as the Court wishes to address will be held on January 23, 2008 at 12:00 noon or at such other hour as the Court may set.

4. This stipulation may be executed in counterparts.

Dated: December 14, 2007
New York, New York

ABBEY SPANIER RODD &
ABRAMS, LLP

By: /s/ Judith L. Spanier
Judith L. Spanier (JS 5065)
jspanier@abbeyspanier.com
Jill S. Abrams (JA 1578)
jabrams@abbeyspanier.com
Nancy Kaboolian (NK 6346)

GRANT & EISENHOFER P.A.

By: /s/ Jay W. Eisenhofer (by JLS)
Jay W. Eisenhofer
jeisenhofer@gelaw.com
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: (646)722-8500
Fax: (646)722-8501

2

nkaboolian@abbeyspanier.com

212 East 39th Street
New York, New York 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Counsel for Proposed Lead Plaintiff
State Teachers Retirement System of Ohio
and Special Counsel to the Attorney General
of Ohio


BROWER PIVEN, A PROFESSIONAL
CORPORATION

By: /s/ David A.P Brower
David A.P Brower
brower@browerpiven.com
488 Madison Avenue
Elizabeth A. Schmid
schmid@browerpiven.com
Eight Floor
New York, New York 10022
Tel: (212) 501-9000
Fax: (212) 501-0300

Counsel for Proposed Lead Plaintiffs
Kristen Management Limited; Straxton Properties Inc. and Javed Fiyaz

GRANT & EISENHOFER, P.A.

By: /s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis
gjarvis@gelaw.com
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100


SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP

By: /s/ Sean Handler
Sean Handler
shandler@sbtklaw.com
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

Counsel for Proposed Lead Plaintiffs
Mississippi Public Employees' Retirement System, AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag and Kollektivavtalsstiftelsen TSL

3

LEVI & KORSINSKY, LLP

By: *Juan Monteverde (by JES)*
Edward Korsinsky
ek@zlk.com
Joseph E. Levi
jlevi@zlk.com
Juan E. Monteverde
jmonteverde@zlk.com
39 Broadway, Suite 1601
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

Counsel for Ira Newman

MOTLEY RICE LLC

By: *Ann K. Ritter (by JES)*
Ann K. Ritter
aritter@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

Counsel for Proposed Lead Plaintiff
Skandia Life Insurance Company Ltd

DAVIS POLK & WARDWELL

By: _____
Dennis B. Glazer
dennis.glazer@dpw.com
Nancy B. Ludmerer
nancy.ludmerer@dpw.com
Edward N. Moss
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4900

Counsel for Defendants E*TRADE
Financial Corporation, Mitchell H. Caplan,
and Robert Simmons

WOLF HALDENSTEIN ADLER FREEMAN &
HERZ, LLP

By: *Gregory M. Nespole (by JES)*
Gregory M. Nespole
gnespole@whafh.com
270 Madison Avenue
New York, New York 10016
Tel: 212-545-4657
Fax: 212-545-4758

Counsel for First Derivative Traders LP and
Robert and Jessica Grant

SO ORDERED

*Sweet*
Hon. Robert W. Sweet
12·19·07

4

LEVI & KORSINSKY, LLP

By:_____
Eduard Korsinsky
ek@zlk.com
Joseph E. Levi
jlevi@zlk.com
Juan E. Monteverde
jmonteverde@zlk.com
39 Broadway, Suite 1601
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

Counsel for Ira Newman


MOTLEY RICE LLC

By:_____
Ann K. Ritter
aritter@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

Counsel for Proposed Lead Plaintiff
Skandia Life Insurance Company Ltd


DAVIS POLK & WARDWELL

By: *Nancy B. Ludmerer*
Dennis B. Glazer
dennis.glazer@dpw.com
Nancy B. Ludmerer
nancy.ludmerer@dpw.com
Edward N. Moss
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4900

Counsel for Defendants E*TRADE
Financial Corporation, Mitchell H. Caplan,
and Robert Simmons


WOLF HALDENSTEIN ADLER FREEMAN &
HERZ, LLP

By:_____
Gregory M. Nespole
gnespole@whafh.com
270 Madison Avenue
New York, New York 10016
Tel: 212-545-4657
Fax: 212-545-4758

Counsel for First Derivative Traders LP and
Robert and Jessica Grant


SO ORDERED


_____
Hon. Robert W. Sweet

4