AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

William Boston et al.

v.

E*Trade Financial Corporation et al.

**APPEARANCE**

Case Number: 07-Civ.-08808 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

E*Trade Financial Corporation

Mitchell H. Caplan

Robert J. Simmons

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/8/2008 | /s/ Andrew Krause |
| Date | Signature |
| | Andrew E. Krause — AK 8270 |
| | Print Name — Bar Number |
| | Davis Polk & Wardwell  450 Lexington Avenue |
| | Address |
| | New York   NY   10017 |
| | City   State   Zip Code |
| | (212) 450-4330   (212) 450-3330 |
| | Phone Number   Fax Number |