AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

William Boston et al.

v.

E*Trade Financial Corporation et al.

**APPEARANCE**

Case Number: 07-Civ.-08808 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

E*Trade Financial Corporation

Mitchell H. Caplan

Robert J. Simmons

I certify that I am admitted to practice in this court.

| 1/9/2008 | | |
|---|---|---|
| Date | Signature | |
| | Dennis E. Glazer | DG 2289 |
| | Print Name | Bar Number |
| | Davis Polk & Wardwell  450 Lexington Avenue | |
| | Address | |
| | New York    NY | 10017 |
| | City        State | Zip Code |
| | (212) 450-4330 | (212) 450-3330 |
| | Phone Number | Fax Number |