Sweet/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>Defendants. | Civil Action No. 07-8538-RWS |

(caption continued on next pages)


RECEIVED AUG 0 6 2008 JUDGE SWEET CHAMBERS

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

777096.1

| | |
|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   -against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>                Defendants. | Civil Action No. 07-8808-RWS |
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   -against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>                Defendants. | Civil Action No. 07-9651-RWS |
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   -against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>                Defendants. | Civil Action No. 07-10400-UA |

777096.1

| | |
|---|---|
| JOSHUA FERENC, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS,<br><br>                        Defendants. | Civil Action No. 07-10540-SHS |

777096.1

Motley Rice LLC and Lieff, Cabraser, Heimann & Bernstein, LLP have moved the Court for an order granting their motion to withdraw from the above-captioned consolidated cases, pursuant to Local Civil Rule 1.4, because the entity they represent, Skandia Life Insurance Company Ltd. ("Skandia") was not appointed Lead Plaintiff and counsel was not chosen as Lead and Liaison Counsel. Having considered the motion, the Court GRANTS the motion of counsel to withdraw from the above-captioned consolidated cases.

It is so ordered.

**New York, N.Y.**
**Date:** 8·13·08

ROBERT W. SWEET
U.S.D.J.

1

777096.1